

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-14-00070-CR

_____

### BRENDA BENNETT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 2
Hunt County, Texas
Trial Court No. CR1201108

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

# MEMORANDUM OPINION

Brenda Bennett appeals from her conviction on the charge of bail jumping and failure to appear.[1] In a consolidated trial, Bennett was also convicted of misdemeanor theft.[2] Bennett has filed a single brief in which she raises an issue common to each of her appeals. In her sole issue in this appeal, Bennett argues that the trial court erred in failing to grant her motion for mistrial.

We addressed this issue in detail in our opinion of this date on Bennett's appeal in cause number 06-14-00069-CR. For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.

Bailey C. Moseley
Justice

Date Submitted:     September 3, 2014
Date Decided:       September 26, 2014

Do Not Publish

---

[1]*See* TEX. PENAL CODE ANN. § 38.10 (West 2011).

[2]Bennett's appeal of her conviction of misdemeanor theft is the subject of a separate opinion in this Court's cause number 06-14-00069-CR issued of even date herewith.